# IN THE SUPREME COURT OF TEXAS

Misc. Docket No. 14-**9041**

---

**RETRANSFER OF CASE
FROM THE EIGHTH COURT OF APPEALS
TO THE FIFTH COURT OF APPEALS**

---

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby retransferred from the Court of Appeals for the Eighth District, El Paso, Texas, to the Court of Appeals for the Fifth District, Dallas, Texas.

Case No. 05-13-01732-CV
*Catherine Karlseng v. Wells Fargo Bank, N.A.*

The Eighth Court of Appeals will make the necessary order for the retransfer of the case directed hereby, and will cause the Clerk of that Court to retransfer the original transcripts and all filed papers in the case, and verify all Orders made, to the Fifth Court of Appeals. Upon completion of the retransfer, the Eighth Court of Appeals shall provide notice of the retransfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this ~~21st~~ day of January, 2014.

BLAKE HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS